_____



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: April 29, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT-6 DIVISION

| | |
|---|---|
| IN RE: KATELYN MARIE HAYES | CASE NO.: 25-50211-KMS |
| COY JOSHUA DEWAYNE HAYES | CHAPTER: 7 |
| AKA COY J HAYES | |

### O R D E R

Upon considering the Motion for Relief of NewRez LLC d/b/a Shellpoint Mortgage Servicing (Movant) (Dk# 15), the lack of opposition thereto being filed by opposing parties,

**IT IS ORDERED** that the automatic stay in the above and entitled and numbered case is hereby lifted insofar as the following described property is affected thereby, whether this case is converted to another Chapter of Title 11 of the United States Code, to-wit:

See Exhibit A attached hereto and made a part hereof.

**IT IS FURTHER ORDERED** that the subject property located at 22782 Greencliff Dr. Denham Springs, LA 70726-7331 is hereby abandoned from the Estate and Movant and/or Movant's successors, agents, and representatives, is permitted to proceed with all state law and contractual remedies or resolutions that may be available to the Movant, as to the property.   KMS

And it is further ORDERED this Order is immediately effective and it's not stated by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Entry of this order shall constitute the entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any conversion of this case to any other chapter under the Bankruptcy Code.

## ##END OF ORDER##

Respectfully Submitted
Dean Morris, LLC
1820 Avenue of America
Monroe, LA 71201
(318) 330-9020

/s/ Kimberly D. Putnam
Kimberly D. Putnam (Bar#102418)
Attorney for Movant
kim.mackey@ms.creditorlawyers.com

Loan Name: **COY J. HAYES AND KATELYN M. HAYES, A MARRIED COUPLE**
Property Address: **22782 GREENCLIFF DR, DENHAM SPRINGS, LOUISIANA 70726-7331**

# EXHIBIT "A"
## LEGAL DESCRIPTION OF PROPERTY

ONE (1) CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, situated in the Parish of Livingston, Louisiana, in that subdivision thereof known as SOUTH HAVEN SUBDIVISION, and being designated on the official plat thereof dated January 14, 2005 recorded in Book 55, Page 116, File _____ in the office of the Clerk and Recorder for Livingston Parish, Louisiana, as LOT NUMBER EIGHTY (80), said subdivision; said lot having such bearings and dimensions and being subject to such servitudes and building line restrictions of record and as shown on the official subdivision plat.

The improvements thereon bear the Municipal No. 22782 GREENCLIFF DR., DENHAM SPRINGS, LA 70726

_____
COY J. HAYES

_____
KATELYN M. HAYES

Landvest Title Inc.
4100 S. Sherwood Forest Blvd, Ste 100
Baton Rouge, LA 70816
LA License No. 264722
Title Insurance Underwriter: First American Title Insurance Company of Louisiana
Barry D. Gulino, Attorney at Law
Bar Roll # 19923

© 2023 Covius Services, LLC