United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-50211-KMS
Katelyn Marie Hayes     Chapter 7
Coy Joshua Dewayne Hayes
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Apr 29, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

**Recip ID     Recipient Name and Address**
db/jdb     + Katelyn Marie Hayes, Coy Joshua Dewayne Hayes, 2001 Arnold St, Waveland, MS 39576-3305

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

**Name     Email Address**

George Adam Sanford
    trustee@mcraneymcraney.com MS18@ecfcbis.com

Kimberly D. Putnam
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kim.mackey@ms.creditorlawyers.com
    msecf@ms.creditorlawyers.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Coy Joshua Dewayne Hayes trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Katelyn Marie Hayes trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: pdf012 | Total Noticed: 1 |

United States Trustee  USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: April 29, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT-6 DIVISION

IN RE: KATELYN MARIE HAYES            CASE NO.: 25-50211-KMS
COY JOSHUA DEWAYNE HAYES          CHAPTER: 7
AKA COY J HAYES

## O R D E R

Upon considering the Motion for Relief of NewRez LLC d/b/a Shellpoint Mortgage Servicing (Movant) (Dk# 15 ), the lack of opposition thereto being filed by opposing parties,

**IT IS ORDERED** that the automatic stay in the above and entitled and numbered case is hereby lifted insofar as the following described property is affected thereby, whether this case is converted to another Chapter of Title 11 of the United States Code, to-wit:

See Exhibit A attached hereto and made a part hereof.

**IT IS FURTHER ORDERED** that the subject property located at 22782 Greencliff Dr. Denham Springs, LA 70726-7331 is hereby abandoned from the Estate and Movant and/or Movant's successors, agents, and representatives, is permitted to proceed with all state law and contractual remedies or resolutions that may be available to the Movant, as to the property.     KMS

And it is further ORDERED this Order is immediately effective and it's not stated by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Entry of this order shall constitute the entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any conversion of this case to any other chapter under the Bankruptcy Code.

##END OF ORDER##

Respectfully Submitted
Dean Morris, LLC
1820 Avenue of America
Monroe, LA  71201
(318) 330-9020

/s/ Kimberly D. Putnam
Kimberly D. Putnam (Bar#102418)
Attorney for Movant
kim.mackey@ms.creditorlawyers.com

Loan Name: COY J. HAYES AND KATELYN M. HAYES, A MARRIED COUPLE
Property Address: 22782 GREENCLIFF DR, DENHAM SPRINGS, LOUISIANA 70726-7331

# EXHIBIT "A"
## LEGAL DESCRIPTION OF PROPERTY

ONE (1) CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, situated in the Parish of Livingston, Louisiana, in that subdivision thereof known as SOUTH HAVEN SUBDIVISION, and being designated on the official plat thereof dated January 14, 2005 recorded in Book 55, Page 116, File _____ in the office of the Clerk and Recorder for Livingston Parish, Louisiana, as LOT NUMBER EIGHTY (80), said subdivision; said lot having such bearings and dimensions and being subject to such servitudes and building line restrictions of record and as shown on the official subdivision plat.

The improvements thereon bear the Municipal No. 22782 GREENCLIFF DR., DENHAM SPRINGS, LA 70726

_____
COY J. HAYES

_____
KATELYN M. HAYES

Landvest Title Inc.
4100 S. Sherwood Forest Blvd, Ste 100
Baton Rouge, LA 70816
LA License No. 264722
Title Insurance Underwriter: First American Title Insurance Company of Louisiana
Barry D. Gulino, Attorney at Law
Bar Roll # 19923

© 2023 Covius Services, LLC