United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-50211-KMS
Katelyn Marie Hayes  Chapter 7
Coy Joshua Dewayne Hayes
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Jun 12, 2025     Form ID: 318     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Katelyn Marie Hayes, Coy Joshua Dewayne Hayes, 2001 Arnold St, Waveland, MS 39576-3305 |
| 5475584 | | Franciscans Missionari, P.O. Box 677963, Dallas, TX 75267-7963 |
| 5482626 | + | Kimberly D. Putnam, Esq., Dean Morris, LLC, Atty for NewRez LLC d/b/a shellpoint Mor, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5475589 | + | Professional Emergency, PO Box 952639, Atlanta, GA 31192-2639 |
| 5475590 | + | Radiology Associates, PO Box 7511, Mobile, AL 36670-0511 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: mtgbk@shellpointmtg.com | Jun 12 2025 19:28:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC DBA Shellpoint Mortgage Servi, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 5475576 | + | Email/Text: amscbankruptcy@adt.com | Jun 12 2025 19:29:00 | ADT, PO Box 371490, Pittsburgh, PA 15250-7490 |
| 5475577 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 12 2025 19:33:11 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5475578 | + | Email/PDF: bncnotices@becket-lee.com | Jun 12 2025 19:33:21 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5475579 | + | EDI: CAPITALONE.COM | Jun 12 2025 23:29:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5475580 | + | EDI: CITICORP | Jun 12 2025 23:29:00 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5475581 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 12 2025 19:33:11 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5475582 | + | EDI: DISCOVER | Jun 12 2025 23:29:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5475583 | + | Email/Text: bankruptcy@efcufinancial.org | Jun 12 2025 19:29:00 | Efcu Financial Fcu, P O Box 91001, Baton Rouge, LA 70821-9001 |
| 5475585 | | Email/Text: customerservice.us@klarna.com | Jun 12 2025 19:28:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5475586 | + | Email/Text: bankruptcy@neighborsfcu.org | Jun 12 2025 19:28:00 | Neighbor's FCU, 7844 Goodwood Blvd, Baton Rouge, LA 70806-7627 |
| 5475587 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 12 2025 19:28:00 | Newrez, Attn: Bankruptcy, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5475588 | + | EDI: AGFINANCE.COM | Jun 12 2025 23:29:00 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5475591 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 12 2025 19:28:00 | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 318 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 5475592 | + | EDI: SYNC | Jun 12 2025 23:29:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5475593 | + | EDI: SYNC | Jun 12 2025 23:29:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5475594 | + | EDI: USBANKARS.COM | Jun 12 2025 23:29:00 | Us Bk Cacs, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 5475595 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 12 2025 19:43:26 | Wells Fargo Bank, Attn: Bankruptcy, 1 Home Campus Mac, Des Moines, IA 50328-0001 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 14, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

**Name**            **Email Address**

George Adam Sanford
trustee@mcraneymcraney.com MS18@ecfcbis.com

Kimberly D. Putnam
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kim.mackey@ms.creditorlawyers.com msecf@ms.creditorlawyers.com

Thomas Carl Rollins, Jr
on behalf of Joint Debtor Coy Joshua Dewayne Hayes trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Debtor Katelyn Marie Hayes trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

| | | | |
|---|---|---|---|
| *Information to identify the case:* | | | |
| Debtor 1 | **Katelyn Marie Hayes** | Social Security number or ITIN | **xxx–xx–6979** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | **Coy Joshua Dewayne Hayes** | Social Security number or ITIN | **xxx–xx–7251** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:  **25–50211–KMS** | | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Katelyn Marie Hayes**

**Coy Joshua Dewayne Hayes**
aka Coy J Hayes

Dated: 6/12/25

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**